
IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN   DIVISION
*(Write the District and Division, if any, of the court in which the complaint is filed.)*

Richard Wolf Gutta

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

FBOP

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

19-3313-CV-S-MDH-P

**Complaint for Violation of Civil Rights**
(Prisoner Complaint)

Case No. 19-3299-CV-S-MDH-P
19-3283-CV-S-MDH-P
*(to be filled in by the Clerk's Office)*

19-3284-CV-S-MDH-P
19-3287-CV-S-MDH-P

**REQUEST FOR TRIAL BY JURY**

Plaintiff requests trial by jury.  ☐ Yes  ☐ No

2

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Richard Wolfgutz

All other names by which you have been known:

ID Number: 13314073
Current Institution: Medical Center for federal prisoners
Address: P.O. Box 4000
Springfield, Missouri 65801

### B. The Defendant(s)

- Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.

- Make sure that the defendant(s) listed below are identical to those contained in the above caption.

- For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.

- Attach additional pages if needed.

Defendant No. 1

Name: Tucson AZ USP Mr. County
Job or Title (if known): Case Manager
Shield Number:
Employer:
Address: USP Tucson AZ P.O. Box 24550
Tucson AZ 85734

[X] Individual capacity   [X] Official capacity

3

Defendant No. 2

| | |
|---|---|
| Name | FBOP Medical Center |
| Job or Title (if known) | Doctors |
| Shield Number | |
| Employer | FBOP USDOJ |
| Address | Medical Center for Federal Prisoners PO Box 4000 Springfield MO 65801 |

☒ Individual capacity  ☒ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☒ Federal officials (a *Bivens* claim)

☐ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights.

What federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Broken Nose injury They used indifference inappropriate misconduct involving excessive use of force causing bodily injury

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [ ] Pretrial detainee
- [x] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)* _____

## IV. Statement of Claim

Write a short and plain statement of FACTS that support your claim. Do not make legal arguments. You must include the following information:

- What happened to you?
- What injuries did you suffer?
- Who was involved in what happened to you?
- How were the defendants involved in what happened to you?
- Where did the events you have described take place?
- When did the events you have described take place?

If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The CASE MANAGER Mr County used inappropriate indifference misconduct use of excessive force causing bodily injury

5

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I got my Nose fractured. They took x-rays at TMC. Tucson Medical Center AND my Nose is multiply fractured — They've sent me to the Medical Center. That's emotional AND Mental Injuries, Also Because I had to be locked up in the hole for the past 15 months Being Deprived of legal Counsel AND civil AND Constitutional Rights Being Denied.

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I would like to recieve $350,000 for injuries AND for compensatory compensation for injuries.

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.  Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes
☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

United States penitentiary tucson AZ

B.  Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐ Yes
☐ No
☒ Do not know

C.  Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes
☐ No
☒ Do not know

If yes, which claim(s)?

I spoke to tucson AZ FBI About my Broken Nose injury

D.  Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes
☒ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes
☒ No

E.  If you did file a grievance:

1.  Where did you file the grievance?

    I DIDN'T get to file a grievance because the unit counselor was denying me administrative remedy, because they knew they could of got fired or thrown in jail at Tucson AZ FCC.

2.  What did you claim in your grievance? *(Attach a copy of your grievance, if available)*

    The counselor was denying me my constitutional right to file a grievance. They knew they could of got into some trouble.

3.  What was the result, if any? *(Attach a copy of any written response to your grievance, if available)*

    They know to oppose me. So I wouldn't file a grievance procedure. They denied me access to grievance procedure.

4.  What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

    They kept me from reporting the incident to outside law enforcement.

F.  If you did not file a grievance:

   1. If there are any reasons why you did not file a grievance, state them here:
      The Counselor was not letting me file Administrative Remedy or grievance Because he knew he could of get into trouble.

   2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:
      Applying for US District Court

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.
    The Unit Counselor at LEP-Tucson was Denying me Administrative Remedy They kept me locked up in The hole (Im still locked up in The hole.)

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☒ No

9

If so, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

_____

_____

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?
   ☐ Yes
   ☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

   1. Parties to the previous lawsuit

      Plaintiff(s)  _____
      Defendant(s) _____

   2. Court *(if federal court, name the district; if state court, name the county and State)*

      _____

   3. Docket or index number

      _____

   4. Name of Judge assigned to your case

      _____

   5. Approximate date of filing lawsuit

      _____

   6. Is the case still pending?
      ☐ Yes
      ☒ No

      If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   in springfield us district court Thats Where i filed

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?
   - [ ] Yes
   - [x] No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

   1. Parties to the previous lawsuit

      Plaintiff(s)   N.A.
      Defendant(s)   N.A.

   2. Court *(if federal court, name the district; if state court, name the county and State)*

      N.A.

   3. Docket or index number

      N.A.

   4. Name of Judge assigned to your case

      N.A.

   5. Approximate date of filing lawsuit

      N.A.

   6. Is the case still pending?
      - [ ] Yes
      - [ ] No *(If no, give the approximate date of disposition)*:
        N.A.

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

_____

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 26, 2019.

Signature of Plaintiff      Richard Wolfguts
Printed Name of Plaintiff   RICHARD WOLFGUTS
Prison Identification #     13314073
Prison Address              Medical Center for Federal Prisoners
City State Zip Code         Springfield MO 65801

12

RECEIVED
2019 SEP -3 PM 1:45
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF MO
KANSAS CITY, MO

Richard McGuire #23314-073
Medical Center for Federal Prisoners
P.O. Box 4000
Springfield, Missouri 65801-4000

Clerk of Court 400 East 9th Street
Room 1510, Kansas City, MO 64106
United States District Court
Western District of Missouri
Kansas City, Missouri 64106

Springfield PAOIC NO 658
FRI 30 AUG 2019 PM